

**FILED**

May 18, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:    NM
    Deputy

**U.S. Department of Justice**
United States Attorney

## United States District Court
## Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Cause No: SA:22-CR-00252-FB(1)** |
| | ) | |
| v | ) | |
| | ) | |
| MARK RYAN HAUSER | ) | |

### ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

**Defendant**

**MARK RYAN HAUSER**

ENTERED at San Antonio, Texas, this 18th day of May, 2022.

UNITED STATES MAGISTRATE JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that Defendant **MARK RYAN HAUSER** be detained without bond after a hearing.