UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **Plaintiff** <br><br> v <br><br> **MARK RYAN HAUSER** <br><br> **Defendant** | SA-22-CR-00252-FB |

## GOVERNMENT'S MOTION TO TRANSFER CASE

TO THE HONORABLE FRED BIERY, U.S. DISTRICT JUDGE:

On May 18, 2021, an indictment was filed in the above-captioned case. This case is related to criminal case currently assigned to the docket of Judge Xavier Rodriguez, namely, United States vs. Mark Ryan Hauser, SA-21-CR-00455-XR.

The Government respectfully requests that in the interest of overall judicial economy, the case referenced above also be assigned to Judge Rodriguez's docket.

                                                    Respectfully submitted,

                                                    ASHELY C. HOFF
                                                    United States Attorney

                                                    /S/
By: _____
                                                    WILLIAM F. LEWIS, JR.
                                                    Assistant United States Attorney
                                                    Texas State Bar No. 12314550
                                                    601 N.W. Loop 410, Suite 600
                                                    San Antonio, Texas 78216
                                                    Phone: 210 384-7150
                                                    Fax:   210 384-7118
                                                    Email: William.Lewis@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on the _____ day of May, 2022, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the Attorney of Record.

                /s/
              WILLIAM F. LEWIS, JR.
              Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>v<br><br>**MARK RYAN HAUSER**<br><br>**Defendant** | SA-22-CR-00252-FB |

O R D E R

On this date the Court considered Government's Motion to Transfer Case, and the Court having considered same, finds that the Government's motion should be GRANTED.

It is therefore ORDERED that the above referenced case shall be reassigned to Judge Rodriquez's docket.

So ORDERED on this the _____ day of _____, 2022.


_____
UNITED STATES DISTRICT JUDGE