UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-22-CR-0252 |
| MARK RYAN HAUSER | § § | |

### NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Molly L. Roth, Assistant Federal Public Defender and enters her appearance as counsel for the defendant in the above-styled and numbered cause.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

_____
/s/ MOLLY LIZBETH ROTH
Assistant Federal Public Defender
Western District of Texas
727 East César E. Chávez Blvd., B–207
San Antonio, Texas 78206–1205
(210) 472-6700
(210) 472-4454 (Fax)
State Bar Number: 24040140

*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on the 2ND day of June 2022, I filed the foregoing Notice of Appearance using the CM/ECF system which will give electronic notification to the following:

William Lewis
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78206

/s/ MOLLY LIZBETH ROTH
Attorney for Defendant