FILED
June 03, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___Jaemie Herndon___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>MARK RYAN HAUSER<br><br>Defendant | SA-22-CR-00252-FB |

O R D E R

On this date the Court considered Government's Motion to Transfer Case, and the Court having considered same, finds that the Government's motion should be GRANTED.

It is therefore ORDERED that the above referenced case shall be reassigned to Judge Rodriquez's docket.

So ORDERED on this the 3rd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE