AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| MARK RYAN HAUSER | ) | |
| | ) | SA:22-CR-252-FB-(1) |
| | ) | |
| | ) | |
| Defendant | | |

**U.S. MARSHALS RECEIVED MAY 20 2022 SAN ANTONIO, TX ENFORCEMENT SECTION**

**FILED JUN - 3 2022 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY CLERK**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MARK RYAN HAUSER

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 18/2252A(a)(5)(B); Possession of Child Pornography

Date: 05/18/2022

*Issuing officer's signature*

City and state:   San Antonio, Texas

Monica Granados-Ramos, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* May 23, 2022, and the person was arrested on *(date)* May 24, 2022
at *(city and state)* San Antonio, TX.

Date: May 24, 2022

*Arresting officer's signature*

Justin Granberry, TFO
*Printed name and title*

1336999