UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § § | CAUSE NO. SA-22-CR-252 XR |
| MARK RYAN HAUSER | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE XAVIER RODRIGUEZ, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Defendant, Mark Hauser requests a continuance.

I.

This case is set for docket call, re-arraignment and plea on Thursday, September 22, 2022, and jury selection and trial is set on Monday, October 3, 2022.

II

Parties continue to engage in ongoing good faith plea negotiations and additional time is necessary. Defense counsel respectfully requests a forty-five (45) day continuance.

III.

Counsel for the government Assistant United States Attorneys William Lewis and Kelly Stephenson are not opposed to the relief requested.

IV.

Mr. Hauser acknowledges that any continuance granted in this cause is excludable under the Speedy Trial Act as delay resulting from a continuance granted at the request of defense counsel because the ends of justice served by the continuance outweigh the interest of the public

in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A). Mr. Hauser does not waive his rights under the Sixth Amendment.

## CONCLUSION

Defendant respectfully requests that this Honorable Court will continue the above-styled and numbered cause for forty-five (45) days.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/MOLLY LIZBETH ROTH
Assistant Federal Public Defender
Western District of Texas
727 East César E. Chávez Blvd., B–207
San Antonio, Texas 78206–1205
Tel.: (210) 472–6700
Fax.: (210) 472-4454
State Bar Number: 24040140

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September 2022, I electronically filed the foregoing Defendant's Unopposed Motion for Continuance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

William Lewis
Kelly Stephenson
Assistant United States Attorney
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216-5512

/S/ MOLLY LIZBETH ROTH
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § § § | CAUSE NO. SA-22-CR-252 XR |
| MARK RYAN HAUSER | § § | |

**O R D E R**

On this date came on to be Considered Defendant's Unopposed Motion for Continuance, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED.

It is therefore ORDERED that all corresponding deadlines be continued in the above-styled and numbered cause.

Any continuance granted in this cause is excludable under the Speedy Trial Act as delay resulting from a continuance granted at the request of Defendant's counsel because the ends of justice served by the continuance outweigh the interest of the public in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED on this the _____ day of September 2022.

_____
XAVIER RODRIGUEZ
United States District Judge