# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | SA:22-CR-00252(1)-XR |
| § | |
| (1) MARK RYAN HAUSER § | |

## ORDER SETTING STATUS CONFERENCE - PRELIMINARY GUIDELINE CALCULATIONS

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE - PRELIMINARY GUIDELINE CALCULATIONS** in Courtroom H on the Third Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas, on **Thursday, December 15, 2022 at 01:30 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 21st day of November, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE