# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | SA:22-CR-00252(1)-XR |
| § | |
| (1) MARK RYAN HAUSER § | |

## ORDER SETTING HEARING ON GOVERNMENT'S MOTION FOR LAFLER HEARING (DOC. 37). DOCKET CALL/REARRAIGNMENT AND PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON GOVERNMENT'S MOTION FOR LAFLER HEARING (DOC. 37). DOCKET CALL/REARRAIGNMENT AND PLEA** in Courtroom H on the Third Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas, on **Thursday, February 16, 2023 at 01:30 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 7th day of February, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE