UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| v. | § § | No. SA-22-CR-252-XR-1 |
| Mark Ryan Hauser<br>Defendant. | § § § | |

# GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney, moves the Court to dismiss the indictment, ECF #3, against Mark Ryan Hauser in the above-captioned cause pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JAIME ESPARZA
United State Attorney

_____
Kelly Stephenson
Assistant United States Attorney
Texas Bar # 24079823
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7100

<u>CERTIFICATE OF</u>
<u>SERVICE</u>

 I certify that I caused a true and correct copy of the foregoing instrument to be electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to counsel of record to counsel for the Defendant.

               /s/
               Kelly Stephenson
               Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § § § | |
| v. | § § | No. SA-22-CR-252-XR-1 |
| Mark Ryan Hauser<br>Defendant. | § § | |

## **ORDER OF DISMISSAL**

Having considered the Government's Motion, the Court orders that the indictment, ECF #3, against Mark Ryan Hauser in the above-captioned cause is **DISMISSED**.

SIGNED AND ENTERED _____, 2023.

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE