**FILED**
February 16, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____SAF_____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § § § | |
| v. | § § | No. SA-22-CR-252-XR-1 |
| Mark Ryan Hauser<br>Defendant. | § § | |

## ORDER OF DISMISSAL

Having considered the Government's Motion, the Court orders that the indictment, ECF #3, against Mark Ryan Hauser in the above-captioned cause is **DISMISSED**.

SIGNED AND ENTERED  16th day of February , 2023.

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE